# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JOHNNIE BERNARD CRAWFORD, et al.,

    Defendant(s).

2:13-CR-274 JCM (CWH)

## ORDER

Presently before the court is the matter of *The United States of America v. Crawford, et al*, case no. 2:13-cr-00274-JCM-CWH. Defendants Johnnie Crawford and Sophia Giokas have been charged with one count of possession of a controlled substance with intent to distribute, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). The government has filed a motion to dismiss the indictment pursuant to Fed. R. Crim. P. 48(a). (Doc. # 44). Defendants have filed a joint notice of non-opposition. (Doc. # 45).

Upon consideration of the motion, non-opposition, and with good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to dismiss the indictment without prejudice (doc. # 44) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that all remaining pending motions are DENIED as moot.

DATED December 6, 2013.

　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**